# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3806

_____

| | | |
|---|---|---|
| Robert L. Baehler, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Polk County District Court, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: July 6, 1999
Filed:   July 21, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Robert L. Baehler appeals the district court's[1] order dismissing his 28 U.S.C. § 2254 petition in which he challenged on double jeopardy grounds his prosecution under Iowa's drug tax stamp law after the State had issued an assessment against him for failure to pay drug taxes.  We have previously held that these circumstances do not present a double jeopardy violation.  See Padavich v. Thalacker, 162 F.3d 521, 522-23

_____

[1]The Honorable R. E. Longstaff, United States District Judge for the Southern District of Iowa.

(8th Cir. 1998), <u>cert. denied</u>, No. 98-9051, 1999 WL 242346 (U.S. June 21, 1999). Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.